JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH F. JOHNSON, | Case No. CV 16-7266 FMO (JCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NATIONSTAR MORTGAGE, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of October, 2016.

/s/
Fernando M. Olguin
United States District Judge